```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 21489
   JOHN THOMAS
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8212

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
      The case was filed on 05/28/2005 and was confirmed 08/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/08/2008.
---------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------
CITIZENS FINANCIAL SERVI  CURRENT MORTG         .00            .00            .00
CITIZENS FINANCIAL SERVI  CURRENT MORTG         .00            .00            .00
BANK OF AMERICA NA        UNSECURED       NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED         10081.55           .00       10081.55
CAPTAL ONE                UNSECURED       NOT FILED            .00            .00
SMC                       UNSECURED           365.86           .00         365.86
ECAST SETTLEMENT CORP     UNSECURED          4767.48           .00        4767.48
RESURGENT ACQUISITION LL  UNSECURED         15542.54           .00       15542.54
DISCOVER FINANCIAL SERVI  UNSECURED          2734.41           .00        2734.41
ECAST SETTLEMENT CORP     UNSECURED          3941.20           .00        3941.20
JC PENNEY                 UNSECURED       NOT FILED            .00            .00
KOHLS                     UNSECURED       NOT FILED            .00            .00
MBNA                      UNSECURED          6915.05           .00        6915.05
MBNA                      UNSECURED          7634.86           .00        7634.86
MELVIN J KAPLAN           DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         3,019.81
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                57,702.76

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   51,982.95
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         3,019.81
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                 57,702.76            57,702.76

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 21489 JOHN THOMAS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE